THOMAS SZOTT
Assistant United States Attorney
Wyoming Bar Number 7-5139
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
Thomas.Szott@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

SEP 24 2019
11:48 am
Stephan Harris, Clerk
Cheyenne

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSHUA JAMES MJONESS,

Defendant.

Criminal No. 19-PO-960-L

### Motion to Dismiss Violation Notices Without Prejudice

The United States hereby moves to dismiss the following Violation Notices without prejudice: WYNP9114579, WYNP9114580, WYNP9114582, WYNP9114583, and WYNP9114584. The United States seeks dismissal of these citations in light of the felony charges in 18-mj-82-J.

DATED this 24th day of September, 2019.

Respectfully submitted,

MARK A. KLAASSEN
United States Attorney

By: _____
THOMAS SZOTT
Assistant United States Attorney