IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

SEP 24 2019
11:49 a m
Stephan Harris, Clerk
Cheyenne

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Criminal No. 19-Po-960 |
| v. | |
| JOSHUA JAMES MJONESS, | |
| Defendant. | |

### Order Granting Motion to Dismiss Violation Notices Without Prejudice

Upon motion of the United States, the court hereby dismisses the following Violation Notices without prejudice: WYNP9114579, WYNP9114580, WYNP9114582, WYNP9114583, and WYNP9114584.

DATED this 24th day of September, 2019.

HONORABLE KELLY H. RANKIN
Chief United States Magistrate Judge